UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Gregory Alan Gaylor</u>

    **v.**                                          Case No.   04-cv-372-PB

<u>Warden, New Hampshire</u>


<u>**NOTICE OF RULING**</u>


    **Re:**  <u>**Document No. 53, Motion for Certificate of Appealability**</u>

    <u>**Ruling**</u>:  To be entitled to a certificate of appealability in a case such as this, where the court has dismissed a petition on procedural grounds, "the petitioner must show both that 'the soundness of the procedural ruling is debatable, and . . . [that] the [underlying] constitutional claim is also colorable.'" <u>In re Smith</u>, 436 F.3d 9 (1st Cir. 2006) (quoting <u>Mateo v. United States</u>, 310 F.3d 39, 40 (1st Cir. 2002).  My January 24, 2006 Order provides a detailed explanation as to why Gaylor's claims are time-barred. Nothing Gaylor has filed since that Order issued has demonstrated that the soundness of the Order is debatable.  Motion denied.


    **Entered by**: Paul Barbadoro, U.S. District Judge

    **Date**:  April 19, 2006


cc:   Gregory Gaylor, pro se
      Karen Huntress, Esq.